Form 16A
(10/05)

CLERK US BANKRUPTCY
DISTRICT OF OREGON

Form 16A. CAPTION (FULL)

'06 MAR 15 A8:55

LODGED ✓ REC'D ___
FAID ⦰ DOCKETED ___

# United States Bankruptcy Court

__Portland__ District Of __Oregon__

In re __EDWARD J. MERRALL__,  )
[Set forth here all names including married, )
maiden, and trade names used by debtor within )
last 8 years.] )
        Debtor )  Case No. __05-48761-tmb7__
 )
 )
Address __P.O. BOX 617__ )
 )
__JOHN DAY, OR 97845__ )  Chapter __7__
 )
Last four digits of Social Security No(s).: __9367__ )
 )  COMPLAINT
Employer's Tax Identification No(s). [if any]: __N/A__ )
 )  ADVERSARY PROCEEDING
 )  06-3142-TMB

[Designation of Character of Paper]

Adversary Proceeding to determine the dischargeability of student loan debt as defined in 11 USC §523(a)(8).

I.

Jurisdiction is provided by 28 USC § 1334
                             28 USC § 157(b)(1)
                             28 USC § 157(b)(2)(I)

II.

Plaintiff/Debtor has continuously resided in the State of Oregon since 1989, and is currently a resident of Grant County, Oregon.

Case 06-03142-tmb    Doc 1    Filed 03/15/06

III.

Plaintiff asserts and maintains the following:

The factual matters in this case may present a matter of first impression

The facts when presented at trial will demonstrate and support that if Plaintiff is barred from discharging his student Loan debt it will impose on-going undue hardship on him.

Plaintiff was awarded a B.S. Degree in Wildlife Science in March 1995.

Plaintiff filed a civil action in Benton County District Court against said entity (OSU) in 1996 for violations of Oregon and Federal labor law.

Plaintiff subsequently prevailed in that action.

Plaintiff has, in fact, endured on-going undue hardships, in a variety of ways, since prevailing in that action in 1996.

Plaintiff will present, at trial, sufficient evidence of said hardships.

As a result of prevailing in the aforementioned civil action Plaintiff has been effectively 'blacklisted' by employees/agents of Oregon State University (OSU).

- 1 -

Notwithstanding Plaintiff's demonstrable superior qualifications and his continuously diligent and rigorous efforts to secure employment in his newly chosen field he has been unable to secure employment in said field of endeavor.

Plaintiff has held only two temporary positions since maturation of his Student Loan debt.

Plaintiff's peers, of significantly younger age cohort, have had no difficulty securing employment in the same field of endeavor as Plaintiff.

Plaintiff was, in fact, homeless and grossly underemployed from January, 1996 until April, 2000.

Due to said circumstances Plaintiff was unable to mount any good faith effort to repay his student loan debt.

Plaintiff has realized no benefit from the educational experience he duly completed in 1995 and for the foreseeable future he will derive none.

Plaintiff respectfully submits that the evidence will support that he can meet the three prong test imposed by the 9th Circuit Court of Appeals in In re Pena 155 F.3d 1108 (9th

- 1 -

Cir, 1998) and <u>Brunner v. New York State Higher Education Services Corp.</u>, 831 F.2d 395 (2nd Cir. 1987).

Whereas, Plaintiff asserts that the evidence presented at trial will prove the imposition of undue hardship upon him as briefly described above, he prays that the Court provide him relief in the form of discharge of his total Student Loan debt in the amounts previously set forth in his Amended/Supplemental Schedules E, F, and Summary Schedule. Plaintiff incorporates by reference herein said Amended/Supplemental Schedules and makes them a part of this Complaint.

Respectfully submitted.

Edward J. Merrall, Pro se       March 13, 2006
P.O. Box 617
John Day, OR 97845
541-575-5538

I, Edward J. Merrall do hereby certify that I will immediately serve a true and exact copy of this Complaint upon the duly authorized representatives of all Defendants specified in the Caption of this Complaint via USPS Certified Mail and upon completion of said service provide Proof of such Service of Process to the Clerk of the Court.

Edward J. Merrall, Pro se       March 13, 2006

- 1

| B 104 (Rev. 2/92) | ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) 06-3142-TMB |
|---|---|---|
| **PLAINTIFFS** EDWARD J. MERRALL, DEBTOR '06 MAR 15 A8:55 LODGED____ REC'D____ PAID____ DOCKETED____ | | **DEFENDANTS** United States Dept of Education Sallie Mae Servicing Corp. Oregon State University Educational Credit Management, Corp. any other assignor and/or guarantor |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Phone # 541-575-5538, 620-4363 EDWARD J. MERRALL, PRO SE P.O. BOX 617 JOHN DAY, OR 97845 | | **ATTORNEYS** (If Known) unknown |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF   ☒ 2 U.S. DEFENDANT   ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

① Adversary Proceeding to determine the dischargability of student loan debt in accordance with the provisions of 11 USC §523(a)(8) due to imposition of undue hardship.
② Jurisdiction is found at 28 USC §1334, §157(b)(1) and (b)(2)(I).

**NATURE OF SUIT** (Check the one most appropriate box only.)

- ☐ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object to or to revoke a discharge 11 U.S.C. § 727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☒ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)   ☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** $56,8200.00   **OTHER RELIEF SOUGHT** Discharge of Student Loan Debt   ☐ JURY DEMAND (Check only if demanded in complaint)

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR EDWARD J. MERRALL | BANKRUPTCY CASE NO. 305-48761-tmb7 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING PORTLAND, OREGON | DIVISIONAL OFFICE PORTLAND | NAME OF JUDGE Trish M. Brown |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF N/A | DEFENDANT N/A | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |
| FILING FEE (Check one box only.) | ☐ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED | |
| DATE | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |